**No. 10-13. Thomas W. Bishop, et al., Petitioners v. Raymond James Financial Services, Inc.**

562 U.S. 889, 131 S. Ct. 224, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 6806.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 596 F.3d 183.

**No. 10-14. Professional Medical Education, Inc., Petitioner v. Palm Beach County Health Care District, et al.**

562 U.S. 889, 131 S. Ct. 391, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 6762.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 13 So. 3d 1090.

**No. 10-15. Massood N. Jallali, Petitioner v. United States.**

562 U.S. 889, 131 S. Ct. 224, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 7022.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-17. Benoit Brookens, Petitioner v. Hilda L. Solis, Secretary of Labor.**

562 U.S. 890, 131 S. Ct. 225, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 6573.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

**No. 10-19. Christopher Winn, et al., Petitioners v. Alamo Title Insurance Company, et al.**

562 U.S. 890, 131 S. Ct. 225, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 6905.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 461.

**No. 10-22. Elaine Karas, Petitioner v. United States District Court for the District of New Jersey.**

562 U.S. 890, 131 S. Ct. 392, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 6549.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 372 Fed. Appx. 298.

**No. 10-23. Seema L. Mishra, et al., Petitioners v. Doctors Hospital of Augusta, LLC, et al.**

562 U.S. 890, 131 S. Ct. 226, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 7101.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 354 Fed. Appx. 421.

**No. 10-25. Mary H. Macon, Petitioner v. Ohio Department of Job and Family Services.**

562 U.S. 890, 131 S. Ct. 227, 178 L. Ed. 2d 136, 2010 U.S. LEXIS 6759,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Franklin County, denied.